The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff(s),<br><br>vs.<br><br>CODE RED TRUCKING, LLC, a Washington Limited Liability Company, ERNEST HILL and AARIEL HILL, husband and wife, individually and the marital community composed thereof; ERNEST HILL, guardian for minor children, T.H., N.H., R.H. and M.H.,<br><br>Defendants | No.  3:20-cv-5440-RSL<br><br>**STIPULATION AND ORDER AMENDING DEADLINES REGARDING INITIAL DATES ON CASE SCHEDULE** |

Pursuant to LR 7(g), Plaintiff United Financial Casualty Company, (hereinafter "UFCC"), and defendants Ernest and Aariel Hill and Code Red Trucking, LLC (hereinafter "Code Red"), submit the following stipulation and proposed amended deadlines regarding initial dates on the case scheduling order. Dkt. 5.

STIPULATION AND ORDER
AMENDING INITIAL CASE SCHEDULING
ORDER DEADLINES – 1
Case No. 3:20-cv-5440-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

I.      STIPULATION

The initial complaint in this matter was filed by UFCC on May 11, 2020. Dkt. 1. An Amended Complaint was filed by UFCC on June 2, 2020. Dkt. 2. On May 15, 2020, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (hereinafter "Court Order"). Dkt. 5. James Dore of Dore Law Group, PLLC, filed a Notice of Appearance on behalf of Ernest and Aariel Hill on May 27, 2020. J. William Ashbaugh of Hackett, Beecher & Hart filed a Notice of Appearance on behalf of Code Red on July 28, 2020. Dt. 10.

The Court Order set forth the following relevant deadlines:

- 07/30/2020            : Deadline for FRCP 26(f) Conference
- 08/6/2020             : Initial Disclosures Pursuant to FRCP 26(a)(1)
- 08/13/2020            : Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rules 26(f)

Pursuant to LR 7(g) and for the sake of judicial and financial economy, the Parties hereby stipulate and agree to the following schedule regarding the initial dates set forth above:

- 08/20/2020            : Deadline for FRCP 26(f) Conference
- 08/27/2020            : Initial Disclosures Pursuant to FRCP 26(a)(1)
- 09/03/2020            : Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rules 26(f)

This Stipulation is not intended to affect any other dates set forth in the Court Order.

IT IS SO STIPULATED, THROUGH COUNSELS OF RECORD

STIPULATION AND ORDER
AMENDING INITIAL CASE SCHEDULING
ORDER DEADLINES – 2
Case No. 3:20-cv-5440-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II.   ORDER

It is so ordered.

Dated this 6th day of August, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

*/s/ Thomas Lether*_____
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Ave N., STE 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Plaintiff United Financial Casualty Company*

*/s/  William Ashbaugh*_____
William Ashbaugh, WSBA No. 21692
Hackett, Beecher & Hart
601 Union Street, Suite 2600
Seattle, Washington 98101
(206) 787-1830
washbaugh@hackettbeecher.com
*Counsel for Defendant Code Red Trucking*

*/s/  James Dore*_____
James J. Dore, WSBA # 22106
Dore Law Group, PLLC
1122 W James Street
Kent, WA 98032
(253) 850-6411
jim@dorelawpllc.com
*Counsel for Defendants Aariel Hill & Ernest Hill*

STIPULATION AND ORDER
AMENDING INITIAL CASE SCHEDULING
ORDER DEADLINES – 3
Case No. 3:20-cv-5440-RSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544