UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CODE RED TRUCKING, LLC, a Washington Limited Liability Company, ERNEST HILL and AARIEL HILL, husband and wife, individually and the marital community composed thereof, ERNEST HILL, guardian for minor children, T.H., N.H., R.H., and M.H.,<br><br>　　　　　　　　　　　Defendants. | NO.  3:20-cv-05440 -RSL<br><br>**STIPULATED MOTION FOR STAY OF LAWSUIT AND ORDER GRANTING SAME** |

## RELIEF REQUESTED

Pursuant to LR 7(d)(1) and the following Stipulation, plaintiff United Financial Casualty Company ("UFCC"), defendant Code Red Trucking, LLC ("Code Red") and defendants Ernest and Aariel Hill hereby move the Court for an Order temporarily staying this lawsuit until an underlying lawsuit brought by defendants Hill against defendant Code Red styled *Ernest Hill and Aariel Hill, et al v. Robin Haimes and Code Red Trucking, et al*, Pierce County (Washington) Superior Court Case. No. 19-2-08331-5 ("Underlying Lawsuit") is resolved or until such time as the Court lifts the stay on motion from any party.

STIPULATED MOTION TO STAY LAWSUIT
AND ORDER GRANTING SAME- 1
(Case No. 3:20-cv-05440-RSL)

Law Offices of
**HACKETT BEECHER & HART**
601 Union Street, Suite 2600
Seattle, Washington  98101-4000
(206) 624-2200

## STIPULATION

A factual issue in the Underlying Lawsuit is whether at the time of the motor vehicle accident forming the basis of the plaintiffs' claims against Code Red, defendant Ernest Hill was an employee of Code Red.  The determination of this factual issue will impact the insurance coverage question central to this litigation.  For the sake of judicial economy and in order to avoid potential prejudice to UFCC, Code Red and Ernest and Aariel Hill, it is appropriate to stay this litigation until the factual issue of Ernest Hill's employment status is finally determined in the Underlying Lawsuit.

Therefore, the parties herein stipulate through counsel of record that this litigation, including all discovery and other pre-trial and trial deadlines, should be stayed until the employment status issue in the Underlying Lawsuit is resolved.  Nothing in this stipulation shall preclude the right of any party to bring a motion to lift the stay at any time.  The parties agree to provide this Court with a Joint Status Report within ten (10) days of the final resolution of Ernest Hill's employment status in the Underlying Lawsuit.

DATED this 26th day of August 2020.

| | |
|---|---|
| */s/ Eric J. Neal* | */s/J. William Ashbaugh* |
| Thomas Lether, WSBA #18089 | J. William Ashbaugh, WSBA No. 21692 |
| Eric J. Neal, WSBA #31863 | Hackett, Beecher & Hart |
| 1848 Westlake Ave N., STE 100 | 601 Union Street, Suite 2600 |
| Seattle, WA 98109 | Seattle, Washington 98101 |
| P: 206-467-5444 F: 206-467-5544 | (206) 787-1830 |
| tlether@letherlaw.com | washbaugh@hackettbeecher.com |
| eneal@letherlaw.com | *Counsel for Defendant Code Red Trucking* |
| *Counsel for Plaintiff United Financial Casualty Company* | |

STIPULATED MOTION TO STAY LAWSUIT
AND ORDER GRANTING SAME- 2
(Case No. 3:20-cv-05440-RSL)

Law Offices of
**HACKETT BEECHER & HART**
601 Union Street, Suite 2600
Seattle, Washington  98101-4000
(206) 624-2200

1 | /s/ James J. Dore
James J. Dore, WSBA # 22106
2 | Dore Law Group, PLLC
1122 W James Street
3 | Kent, WA 98032
(253) 850-6411
4 | jim@dorelawpllc.com
*Counsel for Defendants*
5 | *Aariel Hill & Ernest Hill*

## ORDER

Pursuant to the above Stipulation, it is hereby ORDERED:

1. That this action and all associated discovery and other pretrial and trial deadlines are hereby stayed until the employment status issue in the Underlying Lawsuit identified above is resolved or until the stay is lifted by further Order of this Court on the motion of any party.

2. The parties shall file a Joint Status Report within ten (10) days of the final resolution of the employment status issue in the Underlying Lawsuit.

DATED this 27th day of August, 2020.

*[signature]*

The Honorable Robert S. Lasnik
United States District Judg

STIPULATED MOTION TO STAY LAWSUIT
AND ORDER GRANTING SAME- 3
(Case No. 3:20-cv-05440-RSL)

Law Offices of
**HACKETT BEECHER & HART**
601 Union Street, Suite 2600
Seattle, Washington 98101-4000
(206) 624-2200