UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>CODE RED TRUCKING, LLC, et al.,<br><br>Defendants. | NO. C20-5440RSL<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

This Court having stayed the above-entitled action pending the employment status issue in the underlying lawsuit in Pierce County is resolved;

It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court. The parties shall within 10 days of the completion of the underlying lawsuit in Pierce County, file a joint status report with the Court.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 27th day of August, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD-1